# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| CARPENTERS HEALTH & SECURITY TRUST of WESTERN WASHINGTON, et al., | ) ) ) | |
| Plaintiff, | | |
| vs. | ) ) | **MS06-6 JPD** |
| MUSCAT CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The debtor, Edger Muscat, having self-surrendered on the civil contempt warrant issued in the above entitled matter, and having submitted to the debtor examination, is hereby ordered released from the custody of the United States Marshal.

Dated this 5th day of September , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**